■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY ARMSTEAD, Appellant. — Appeal by defendant from a judgment of the County Court, Westchester County (Brown, J.), rendered November 24, 1980, convicting him of robbery in the second degree, assault in the second degree, and grand larceny in the third degree, upon a jury verdict, and imposing sentence. By order dated May 16, 1983 this court remitted the matter to the County Court, Westchester County, for a *Huntley* hearing, with a report to be filed after the hearing; the appeal was held in abeyance in the interim (*People v Armstead,* 94 AD2d 745). The court has now complied. Judgment affirmed. This court ordered that a *Huntley* hearing be held to determine the voluntariness of certain oral and written statements allegedly made by defendant to the police on December 24, 1979, following his arrest. The County Court (Martin, J.), after hearing all the testimony, found that defendant fully understood his rights which had been given to him on at least two occasions and that the statements in question were freely and voluntarily given. We perceive no basis to overturn that determination. Issues of credibility are primarily for the hearing court and its findings should be upheld unless they are clearly erroneous (see *People v Vail,* 90 AD2d 917, 918; *People v Duncan,* 75 AD2d 823, 824; cf. *People v Boyce,* 89 AD2d 623, 624-625; *People v Garafolo,* 44 AD2d 86, 87). We have reviewed defendant's other contentions and find them to be without merit. Mollen, P. J., Damiani, Titone and Mangano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISSAC BOYD, Appellant. — Appeal by defendant from an order of the Supreme Court, Kings County (Pincus, J.), rendered October 12, 1979, which denied his application to be resentenced pursuant to section 60.09 of the Penal Law. Appeal dismissed. No appeal lies from an order denying a motion for resentence pursuant to section 60.09 of the Penal Law (see *People v De Jesus,* 54 NY2d 447, mot for rearg den 55 NY2d 1038; *People v Stephens,* 55 NY2d 778; *People v Campolo,* 92 AD2d 872; *People v Nieves,* 91 AD2d 644; *People v Rivera,* 87 AD2d 656). Titone, J. P., Gibbons, O'Connor and Rubin, JJ., concur.